# United States Bankruptcy Court
## Middle District of Florida

In re  **Vargas & Morejon, LLC**

Debtor(s)

Case No. _____

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Vargas & Morejon, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 20, 2020** | **/s/ James Skow** |
| Date | James Skow 113190 |
| | Signature of Attorney or Litigant |
| | Counsel for  **Vargas & Morejon, LLC** |
| | James Skow, P.A. |
| | 139 Executive Circle |
| | Suite 103 |
| | Daytona Beach, FL 32114 |
| | (386) 310-4894 Fax:(386) 310-4895 |
| | jskow@skowlaw.com |